1438696

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

GUSTAVO GRANADOS

REDACTED

## WARRANT FOR ARREST

Case Number: 1:08MJ11A

RECEIVED
U.S. MARSHALS SERVICE
JAN 23 2008

To: Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gustavo Granados
Name

District of Rhode Island

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

illegally re-entering the United States after having been previously arrested and deported

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| LINCOLN D. ALMOND | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | 1/23/08 Providence, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Bristol Cty HOC by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/23/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 01/25/08 | | |