AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: 1:08MJ11A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gustavo Granados.

I certify that I am admitted to practice in this court.

1/30/08
Date

[signature]
Signature

Todd Dion 6852
Print Name Bar Number

~~10 WEYBOSSET STREET~~ 129 Dorrance Street
Address

PROVIDENCE RI 02903
City State Zip Code

4018374229 ~~(401) 528-4281~~ 4014544022 ~~(401) 528-4285~~
Phone Number Fax Number